Jan Schieberl
c/o 2240 Millstream Lane
San Ramon, CA 94582
925-906-9414

Plaintiff Jan Schieberl

FILED
2008 JUL -9 PM 2:59
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

E-filing     ADR

| | |
|---|---|
| JAN SCHIEBERL | CASE NO. C08-03321 BZ |
| Plaintiff, | |
| vs. | |
| AVELO MORTGAGE, LLC, | **DECLARATION OF JAN SCHIEBERL; PROPOSED ORDER.** |
| CITIMORTGAGE | Pending Hearing |
| NORTHWEST TRUSTEE SERVICES | Date:<br>Time:<br>Ctrm: |
| Defendants, | |

## DECLARATION OF JAN SCHIEBERL

I, JAN SCHIEBERL, declare:

1. I am plaintiff in the within matter. The facts set forth herein are within my personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath. This declaration is made in support of ex parte application for injunctive stay of

DECLARATION OF JAN SCHIEBERL - 1

unlawful foreclosure, unlawful detainer /eviction dated May 16, 2008, of my home at 2440 Millstream Lane, San Ramon, California.

    2. I simultaneously have filed a complaint for statutory violations, misrepresentations, and fraudulent conduct of defendants AVELO MORTGAGE, LLC, NORTHWEST TRUSTEE SERVICES, CITIMORTGAGE. Contrary to Avelo's representations, they had no standing to carry out a nonjudicial foreclosure sale. Avelo was noticed and additionally given notarial presentment of plaintiff's letters requesting validation and verification of the alleged debt by Qualified Written RESPA request, TILA Request, Notice of Settlement and various other documents. Subsequent failures on the part of Avelo to properly respond to these requests have been noted by service of Notices of Fault and opportunity to cure, followed by Notices of Default and admission of tacit agreement to all statements, resulting in penalty of $20,000,000.00 and additional penalties for failure to pay, plaintiff's publication of Notice of Interest and Claim Affidavit and Notice of Secured Interests, and Plaintiff's notarized Declaration of Commercial Affidavit of the Truth, Rescission of Signatures and Revocation of Adhesion Contracts for Cause, In addition defendant was provided with forms for Proof of claim and proof of loss. There was no sale at the foreclosure only a transfer of title that does not constitute a sale in commercial law.

The requested time period elapsed with non response from Avelo. The notary public Jeanne Lovelace has confirmed Avelo's dishonor by non-performance. As a result by non-response waiver all Plaintiff's allegations must be taken as truth.

    3. . In good faith on or about September 4, 2007 Plaintiff provided payment in kind to AVELO c/o 250 E. John Carpenter Fwy, Ste 300, Irving, Texas 75062 and to Citimortgage, c/o 1 Court Square, 42nd Floor, Long Island City, NY 11120 . In an abundance of caution, on October 12, 2007 and again on November 4, 2007, additional tenders of payment were sent to Avelo Mortgage, LLC to apply for pay off settlement of Avelo Home Loan acct# 100323682. None of these full tenders were accredited to plaintiff's account and Defendant failed to return receipt zeroing the account to the plaintiff. Since the claims of the

**DECLARATION OF JAN SCHIEBERL - 2**

plaintiff are deemed true in her affidavit, by defendant's non response, plaintiffs should prevail on all their claims.

4. Plaintiffs are left without a remedy and they are threatened with Sheriff Eviction.

5. This ex parte application is being faxed to Jackson & Associates, Attorneys in charge of Sheriff Eviction process and their office is being advised that any opposition to this ex parte request must be immediately filed with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 8th day of July, 2008 at San Ramon, California.

*Jan Schieberl*
JAN SCHIEBERL

**DECLARATION OF JAN SCHIEBERL** - 3