Jan Schieberl
c/o 2440 Millstream Lane
San Ramon, California [94582]
TEL 925-906-9414

Plaintiff and
Jan Schieberl

RECEIVED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAN SCHIEBERL; | CASE NO. C08-03321 BZ |
| Plaintiff, | |
| vs. | |
| AVELO MORTGAGE, LLC | **PROPOSED ORDER.** |
| CITIMORTGAGE | |
| NORTHWEST TRUSTEE SERVICES | |
| Defendants, | |

GOOD CAUSE APPEARING,

The Court finds the reasons stated herein and in the simultaneously filed complaint, and grants the following relief:

    1. The relief granted by a preliminary injunction order is appropriate and necessary for the protection of public policy

    2. The Court enters a Temporary Restraining Order enjoining and restraining the Sheriff Eviction until further notice;

3. The Restraining Order is granted without bond;

SO ORDERED

DATE: July__ 2008

_____

District Court Judge