Jan Schieberl
c/o 2240 Millstream Lane
San Ramon, CA
Phone, 925-906-9414
Plaintiff: Jan Schieberl

[Clear Form]

FILED
2008 JUL -9 PM 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing   ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SCHIEBERL )<br><br>Plaintiff, )<br><br>vs. )<br><br>AVELO MORTGAGE LLC, CITIMORTGAGE )<br>AND NORTHWEST TRUSTEE SERVICES )<br><br>Defendant. ) | CASE NO. C08-03321 BZ<br><br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>(Non-prisoner cases only) |

I, JAN SCHIEBERL , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?   Yes ✓   No ___

    b. Income from stocks, bonds, or royalties?   Yes ___   No ✓

    c. Rent payments?   Yes ___   No ✓

    d. Pensions, annuities, or life insurance payments?   Yes ___   No ✓

    e. Federal or State welfare payments, Social Security or other government source?   Yes ___   No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I work as a notary public/realtor. No income from real estate in the past year or so, and notary income is very slow. I get from $400- $800 per month from notary work. i am currently in my home under unlawful detainer

3. Are you married?   Yes ___   No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.   Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?    Yes ✓ No ____

Make  volvo  _____ Year  2001  _____ Model  V70T5  _____

Is it financed? Yes ____ No ✓ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Union Bank of CA

San Ramon, CA

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ____ No ____

_____

8.   What are your monthly expenses?

Rent: $ _____ Utilities: 550 _____

Food: $ 400 _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I have several credit cards in collections as I am unable to pay them.

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Contra Costa County Superior court. case # WS08-0254
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  ____7/9/08____                    ____Jom Schieberg____
12      DATE                              SIGNATURE OF APPLICANT

- 4 -