NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

JAN SCHIEBERL
c/o 2440 Millstream Lane
San Ramon, CA. 94582
phone, 925-906-9414
Plaintiff: Jan Schieberl

ATTORNEYS FOR:

FILED
2008 JUL -9 PM 3:01
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

E-filing

# UNITED STATES DISTRICT COURT
# ~~CENTRAL~~ Northern DISTRICT OF CALIFORNIA

JAN SCHIEBERL

Plaintiff(s),

v.

AVELO MORTGAGE, CITIMORTGAGE AND
NORTHWEST TRUSTEE SERVICES

Defendant(s)

CASE NUMBER

C08-03321  BZ

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  JAN SCHIEBERL
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**
(List the names of all such parties and identify their connection and interest.)

**CONNECTION**

AVELO MORTGAGE, LLC                                           LENDER
CITIMORTGAGE
NORTHWEST TRUSTEE SERVICES


7/9/08                                                         Jan Schieberl
Date                                                           Sign


                                                               Attorney of record for or party appearing in pro per

CV-30 (12/03)                              **NOTICE OF INTERESTED PARTIES**