UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jan Schiebler,

    Plaintiff(s).

    v.

Avelo Mortgage, LLC, et al.

    Defendant(s).
_____/

No. C08-3321 BZ

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: 7/9/08

Richard W. Wieking, Clerk
United States District Court

*[signature: Simone Voltz]*

By: Simone Voltz - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT