United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAN SCHIEBERL,　　　　　　　　　　　　　　　　　No. C 08-3321 SI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

　　v.

AVELO MORTGAGE LLC, *et al.*,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　／

　　　　Plaintiff has filed an application to proceed *in forma pauperis*. The Court cannot evaluate plaintiff's application because it is incomplete. *See* answers to questions 1, 5, 7 and 9. By **July 18, 2008** plaintiff shall either pay the $350 filing fee, or plaintiff may file a completed application.

**IT IS SO ORDERED.**

Dated: July 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAN SCHIEBERL,

        Plaintiff,

v.

AVELO MORTGAGE LLC et al,

        Defendant.
        _____/

Case Number: CV08-03321 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jan Schieberl
2240 Millstream Lane
San Ramon, CA 94582

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk