**Jan Schieberl**
2440 Millstream Lane
San Ramon, CA 94582

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SCHIEBERL<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AVELO MORTGAGE LLC, CITIMORTGAGE AND NORTHWEST TRUSTEE SERVICES<br><br>　　　　　　　Defendant. | CASE NO. C08-03321 SI<br><br>**APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Non-prisoner cases only) |

I, JAN SCHIEBERL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?　　　　　　　　　Yes ___　No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____　Net: _____

Employer: SELF EMPLOYED AS REALTOR/NOTARY. REASL ESTATE AFFILIATION IS REMAX ACCROD, BUT I HAV ENOT HAD ANY REAL ESTATE INCOME FOR A WHILE.

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  IN 2006, I RECEIVED $70K PROCEEDS FROM AN INVESTMENT WHICH ABRUPTLY STOPPED

3  PAYING. I HAVE BEEN PROMISED THAT MY ORIGINAL PRINCIPAL WOULD BE RETURNED

4  ANY DAY NOW FOR THE PAST 18 MONTHS. I FEAR IT WILL NEVER BE RETURNED. ( > $170K)

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.   Business, Profession or                Yes ✓  No ___
8          self employment?

9     b.   Income from stocks, bonds,             Yes ___ No ✓
10         or royalties?

11    c.   Rent payments?                         Yes ___ No ✓

12    d.   Pensions, annuities, or                Yes ___ No ✓
13         life insurance payments?

14    e.   Federal or State welfare payments,     Yes ___ No ✓
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 LAST YEAR I RECEIVED NOTARY INCOME OF OVER $1000 PER MONTH BUT THIS YEAR IT HAS

20 BEEN UNDER $500. I AM TRYING TO WORK AS A BUSINESS BROKER WITHOUT MUCH SUCCESS

21 3.   Are you married?                          Yes ___ No ✓

22 Spouse's Full Name: N/A

23 Spouse's Place of Employment: N/A

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.   a.   List amount you contribute to your spouse's support:$ N/A

27    b.   List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  N/A

3

4  5.     Do you own or are you buying a home?         Yes ____ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.     Do you own an automobile?                    Yes ✓ No ____
7  Make  VOLVO           Year 2001           Model V70T5
8  Is it financed? Yes ____ No ✓ If so, Total due: $_____
9  Monthly Payment: $ N/A
10 7.     Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: UNION BANK OF CA, 11000 BOLLINGER CANYON RD
12 SAN RAMON, CA 94582
13 Present balance(s): $ $1,100.00
14 Do you own any cash? Yes ✓ No ____ Amount: $ $250.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                      Yes ____ No ✓
17 JUST FURNITURE
18 8.     What are your monthly expenses?
19 Rent: $_____                Utilities: 650 (INCL GAS FOR CAR)
20 Food: $ 400                        Clothing: 60
21 Charge Accounts:
22 Name of Account          Monthly Payment              Total Owed on This Account
23 _____        $ ALL ACCOUNTS IN ARREARS        $_____
24 _____        $_____                    $_____
25 _____        $_____                    $_____
26 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 I AM CURRENTLY STILL IN MY HOME UNDER UNLAWFUL DETAINER. IF I DO NOT PREVAIL IN

- 3 -

1 | MY CLAIMS I WILL BE HOMELESS. I HAVE SEVERAL MAXED OUT CREDIT CARDS IN COL

2 | 10.  Does the complaint which you are seeking to file raise claims that have been presented in

3 | other lawsuits?  Yes ___  No ✓   I ATTEMPTED TO PRESENT CLAIMS BUT THE COURT REFUSED TO
CONSIDER as the plaintiff requested that only title issues had relevance. even title argument
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.   was ignored. case was WS08-0254, contra costa superior court

6 | CONTRA COSTA SUPERIOR COURT HEARD A CASE NASED ON TITLT ONLY. THEY REFUSED TO

7 | CONSIDER MY CLAIMS THAT I HAVE PAID FOR THIS PROPERTY OR THAT THEY HAVE NOT ANSW

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9 | false statement herein may result in the dismissal of my claims.

10

11 | 7/13/08                              Jan Schieberl

12 |    DATE                           SIGNATURE OF APPLICANT

- 4 -