AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | | |
|---|---|---|
| JAN SCHIEBERL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CV 08-03321 SI |
| AVELO MORTGAGE LLC | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Avelo Mortgage LLC
   250 E John Carpenter Fwy, Ste 300
   Irving, TX 75062

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Jan Schieberl
2240 Millstream Lane
San Ramon, CA 94582

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

**YUMIKO SAITO**

Date:  August 1, 2008
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT

Northwest Trustee Services
505 N. Tustin Ave, Suite 243
Santa Ana, CA 92705

Citimortgage
1000 Technology Dr.
Mail Station 20-1-372
O'Fallon, MO 63368