IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SCHIEBERL, | No. C 08-3321 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AVELO MORTGAGE LLC, *et al.*, | |
| Defendants. | |

The second amended complaint has been dismissed without leave to amend.  Accordingly, this action is dismissed and judgment shall enter accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 27, 2009

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California