IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SCHIEBERL, | No. C 08-3321 SI |
|     Plaintiff, | **ORDER GRANTING IN PART DEFENDANT'S MOTION TO STRIKE DOCKET NOS. 91-95; DIRECTING PLAINTIFF NOT TO FILE ANY FURTHER DOCUMENTS IN THIS CLOSED CASE** |
|   v. | |
| AVELO MORTGAGE LLC, *et al.*, | |
|     Defendants. | |

On April 27, 2009, judgment was entered in favor of defendants after the Court dismissed plaintiff's second amended complaint without leave to amend. Plaintiff has continued to file documents in this closed case, and on September 4, 2009, defendant Avelo Mortgage LLC filed a motion to strike those filings as well as any further pleadings by plaintiff, and also seeking an order directing plaintiff to cease and desist from further filings. Defendant also seeks sanctions.

The Court GRANTS defendant's motion as follows: the Court STRIKES Docket Nos. 91-95; plaintiff is directed not to file any further documents in this closed case; and no further filings shall be accepted. The Court denies defendant's request for sanctions. (Docket No. 96).

**IT IS SO ORDERED.**

Dated: September 10, 2009

SUSAN ILLSTON
United States District Judge